UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY T. HARDIN,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID WILSON, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-01232 -LJO- JLT<br><br>ORDER DIRECTING PLAINTIFF TO PAY THE FILING FEE OR FILE A MOTION TO PROCEED IN FORMA PAUPERIS |

Plaintiff initiated this action by filing a complaint on September 14, 2017. (Doc. 1) As a general rule, all parties instituting any civil action, suit or proceeding in a United States District Court must pay a filing fee. 28 U.S.C. § 1915(a). However, the Court may authorize the commencement of an action without the filing fee "by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefore." 28 U.S.C. § 1915(a)(1). Therefore, an action may proceed despite a failure to prepay the filing fee only if leave to proceed *in forma pauperis* is granted by the Court. *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

Plaintiff failed to pay the requisite filing fee or to file a motion to proceed *in forma pauperis*, and the matter cannot proceed before the Court at this time. Accordingly, the Court **ORDERS**:

    1.    Plaintiff **SHALL** pay the filing fee *or* file a motion to proceed *in forma pauperis* within 21 days of service.

1

**Failure to comply with this order may result in dismissal of this action pursuant to Local Rule 110.**

IT IS SO ORDERED.

Dated: **September 15, 2017**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE