UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY T. HARDIN,<br><br>        Plaintiff,<br>v.<br><br>DAVID WILSON, et al.,<br><br>        Defendants. | Case No.: 1:17-cv-01232 - LJO - JLT<br><br>SECOND ORDER DIRECTING PLAINTIFF TO PAY THE FILING FEE OR FILE A MOTION TO PROCEED IN FORMA PAUPERIS |

    Plaintiff initiated this action by filing a complaint on September 14, 2017. (Doc. 1) However, he did not pay the filing fee or file a motion to proceed *in forma pauperis*.

    As the Court informed Plaintiff previously, as a general rule, all parties instituting any civil action, suit or proceeding in a United States District Court must pay a filing fee. 28 U.S.C. § 1915(a). The Court may authorize the commencement of an action without the filing fee "by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefore." 28 U.S.C. § 1915(a)(1). Therefore, an action may proceed despite a failure to prepay the filing fee **<u>only if</u>** leave to proceed *in forma pauperis* is granted by the Court. *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

    Despite receiving this information from the Court, Plaintiff failed to pay the filing fee or file a motion to proceed in forma paupers. Instead, Plaintiff filed a response to the Court's order in which he indicated he is "an indigent inmate," who does not have his own funds and "cannot afford filing [the] complaint." (Doc. 3 at 1) However, Plaintiff did not make these statements under oath. (*See id.*)

| | |
|---|---|
| 1 | Thereafter, the Court provided Plaintiff with its application to proceed *in forma pauperis* form, to be |
| 2 | completed by Plaintiff.  (Doc. 4)  To date, Plaintiff has neither completed the application nor paid the |
| 3 | Court's filing fee. As a result, the action cannot proceed at this time. |
| 4 | Accordingly, the Court ORDERS: |
| 5 | 1. Plaintiff **SHALL** pay the filing fee *or* file a motion to proceed in forma pauperis no |
| 6 | later than **December 29, 2017**; and |
| 7 | 2. The Clerk of Court is DIRECTED to provide a copy of the Court's application to |
| 8 | proceed in forma pauperis when serving this Order upon Plaintiff. |

**Plaintiff is advised that failure to comply with this order may result in the dismissal of the action pursuant to Local Rule 110**.

IT IS SO ORDERED.

Dated: **December 5, 2017**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE