**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY T. HARDIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID WILSON, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-1232-LJO - JLT<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. 7) |

On January 16, 2018, Jeffrey Hardin filed a request for appointment of counsel, asserting he does "not understand how to further [his] case without representation" and needs a lawyer. (Doc. 7 at 2) In addition, Plaintiff asserts he lacks "physical access to a law library" and is limited to five legal research information forms every 60 days. (*Id.*) However, Plaintiff also acknowledges that he has a lawyer for his criminal case, who advised him to not file this action. (*Id.*)

Significantly, in most civil cases, there is no constitutional right to counsel in most civil cases, but the Court may request an attorney to represent indigent persons. 28 U.S.C. § 1915(e)(1). The Court cannot *require* representation of a plaintiff pursuant to 28 U.S.C. § 1915. *Mallard v. U.S. District Court for the Southern District of Iowa*, 490 U.S. 296, 298 (1989). Nevertheless, in "exceptional circumstances," the Court has discretion to request the voluntary assistance of counsel. *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997).

To determine whether "exceptional circumstances exist, the district court must evaluate both the

1

likelihood of success of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the complexity of the legal issues involved." *Rand*, 113 F.3d at 1525 (internal quotation marks and citations omitted). Here, Plaintiff has demonstrated he is able to respond to the Court's orders. In addition, Plaintiff is very articulate and was able to state his position in an intelligible manner before the Court. Therefore, the requisite exceptional circumstances do not exist.

Accordingly, the Court **ORDERS**: Plaintiff's request for the appointment of counsel (Doc. 7) is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: **February 12, 2018**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE